AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

MICHAEL RHYNES

*Plaintiff(s)*

v.

CITY OF ROCHESTER, et al.

*Defendant(s)*

Civil Action No. 25-cv-6174

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR as temporary administrator of the estate of WILLIAM J. BARNES (deceased)

350 Linden Oaks
3rd Floor
Rochester, New York 14625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MICHAEL RHYNES<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ROCHESTER, et al.<br><br>*Defendant(s)* | Civil Action No. 25-cv-6174 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leonard Borriello
1557 Platt Dr
Little River SC 29566,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | Civil Action No. 25-cv-6174 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Rochester

CORPORATION COUNSEL,
City Hall, Room 400A,
30 Church Street,
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

MICHAEL RHYNES

*Plaintiff(s)*

v.    Civil Action No.    25-cv-6174

CITY OF ROCHESTER, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Rochester Police Department

CORPORATION COUNSEL,
City Hall, Room 400A,
30 Church Street,
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-6174 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Michael Garner
1133 New Hampton Road
Sanbornton, NH 03269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| MICHAEL RHYNES | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-6174 |
| CITY OF ROCHESTER, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SHEILA G. JACKSON, as Executrix of the estate of Julian P. Jackson, Deceased.

9485 James Madison Hwy
Rapidan, VA, 22733

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-cv-6174 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lynn R. Prescott
7374 Trillium Trail
Victor NY 14564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | Civil Action No. 25-cv-6174 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE COUNTY OF MONROE

MONROE COUNTY ATTORNEY,
307 County Office Building,
39 West Main Street, Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| MICHAEL RHYNES | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-6174 |
| CITY OF ROCHESTER, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* OFFICE OF THE DISTRICT ATTORNEY, MONROE COUNTY

MONROE COUNTY ATTORNEY,
307 County Office Building,
39 West Main Street, Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/2/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| MICHAEL RHYNES | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-6174 |
| CITY OF ROCHESTER, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louis J. Rotunno
3049 Lake Rd
Williamson, NY 14589

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | Civil Action No. 25-cv-6174 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KYLE R. ANDREWS, NIAGARA COUNTY TREASURER and PUBLIC ADMINISTRATOR as temporary administrator of the estate of CHARLES R. SCHAEFER (deceased)

Philo J. Brooks Co. Office Bldg.,
1st Floor
59 Park Ave.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| MICHAEL RHYNES | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-6174 |
| CITY OF ROCHESTER, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gary Sextone
6 Diamond Cove Place
Ocala, FL 34472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | Civil Action No. 25-cv-6174 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hon. CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE
100 State Street, Room 127
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/2/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-cv-6174 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Douglas Winfield Stoddart
15 Pauline Dr.
Natick, MA 01760

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| MICHAEL RHYNES <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 25-cv-6174 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR as temporary administrator of the estate of LOUIS JOHN TROTTO (deceased)

350 Linden Oaks
3rd Floor
Rochester, New York 14625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN I. EDELSTEIN
Attorney for Plaintiff
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2025

*Signature of Clerk or Deputy Clerk*