**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**John Campolieto**
Municipal Attorney

June 18, 2025

**SENT VIA ECF**
Hon. Mitchell J. Katz
United States Magistrate Judge
100 State Street
Rochester, NY  14614

Re:  Rhynes v. City of Rochetser, et al.

Dear Magistrate Judge Katz:

    I represent the City of Rochester, the City of Rochester Police Department, the Estates of Louis J. Trotto, William J. Barnes and Julian P. Jackson, Leonard Boriello, Gary Sextone, Louis Rotunno and Lynn R. Prescott in the above-referenced case.  All of the defendants, stated above, have consent from Plaintiff's attorney to move their answering date to August 6, 2025.   The City writes to request extensions of their time to answer, or otherwise move to dismiss, on or before August 6, 2025.   Thank you for the Court's attention

                    Sincerely,

                      /s/

                      John Campolieto
                      Municipal Attorney

JMC/ sjz


x.c.   All counsel of record (ECF)

