UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL RHYNES,

                Plaintiff,

v.

THE CITY OF ROCHESTER, THE ROCHESTER CITY POLICE DEPARTMENT, THE MONROE COUNTY DISTRICT ATTORNEY, MONROE COUNTY, CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF LOUIS J. TROTTO (DECEASED), AND CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF WILLIAM J. BARNES (DECEASED), AND KYLER ANDREWS, NIAGRA COUNY PUBLIC ADMINISTRATOR, AS TEMPORY ADMINISTRATOR OF THE ESTATE OF CHARLES R. SCHAEFER (DECEASED) AND SHEIILA G. JACKSON, AS EXECUTRIS OF THE ESTATE OF JULIAN P. JACKSON (DECEASED) AND LEONARD BORIELLO, LOUIS J. ROTUNNO, LYNN R. PRESCOTT, GARY SEXTONE, DOUGLAS STODDART, MICHAEL GARNER, CHARLES SIRAGUSA, AND JOHN/JANE DOE NOS 1 THROUGH 10, BEING UNKNOWN EMPLOYEES OF THE CITY OF ROCHESTER AND/OR MONROE COUNTY.

                Defendants.

---

**NOTICE OF APPEARANCE**

Case No. 6:25-cv-06174-ECC-MJK

---

**PLEASE TAKE NOTICE**, that the undersigned hereby appears in the above-entitled action as Lead Attorney for Defendants City of Rochester, the City of Rochester Police Department, the Estates of Louis J. Trotto, William J. Barnes and Julian P. Jackson, Leonard Boriello, Gary Sextone, Louis Rotunno and Lynn R. Prescott.

DATED: July 18, 2025

                      PATRICK BEATH
                      CORPORATION COUNSEL

            BY:    /s John Campolieto
                    John M. Campolieto, Esq., Of Counsel
                    30 Church Street, Room 400A
                    Rochester, New York 14614
                    Telephone: (585) 428-7410

John.campolieto@cityofrochester.gov