UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RHYNES,<br><br>         Plaintiff,<br> v.<br><br>THE CITY OF ROCHESTER, THE ROCHESTER CITY POLICE DEPARTMENT, THE MONROE COUNTY DISTRICT ATTORNEY, MONROE COUNTY, CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF LOUIS J. TROTTO (deceased), and CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF WILLIAM J. BARNES (deceased), and KYLE R. ANDREWS, NIAGARA COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF CHARLES R. SCHAEFER (deceased), and SHEILA G. JACKSON, AS EXECUTRIX OF THE ESTATE OF JULIAN P. JACKSON (deceased), and LEONARD BORIELLO, LOUIS J. ROTUNNO, LYNN R. PRESCOTT, GARY SEXTONE, DOUGLAS STODDART, MICHAEL GARNER, CHARLES SIRAGUSA, AND JOHN/JANE DOES NOS. 1 THROUGH 10, BEING UNKNOWN EMPLOYEES OF THE CITY OF ROCHESTER AND/OR MONROE COUNTY,<br><br>         Defendants. | **STIPULATION**<br><br>Case No. 6:25-cv-06174-EAW |

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for Plaintiff Michael Rhynes ("Plaintiff"), and defendants Monroe County District Attorney, Monroe County, Michael Garner, and Douglas Stoddart (collectively, the "County Defendants"), that the County Defendants shall have an extension of time to respond to the Complaint filed in this action. The County Defendants shall file a response to the Complaint no later than August 15, 2025.

Dated:  June 24, 2025		**EDELSTEIN & GROSSMAN**
		*Attorneys for Plaintiff*


		By:___/s/ Jonathan Edelstein_____
			Robert Grossman, Esq.
			Jonathan Edelstein, Esq.
		501 Fifth Avenue, Suite 514
		New York, NY 10017
		Tel.: 212-871-0571
		rgrossman0117@gmail.com
		jonathan.edelstein.2@gmail.com

		Pierre Sussman, Esq.
		*Attorneys for Plaintiff*
		320 Seventh Avenue, #255
		Brooklyn, NY 11215
		Tel: 347-987-4725
		sussmanlawdesk@gmail.com


Dated:  June 24, 2025		**BRENDON S. FLEMING,**
		**ACTING MONROE COUNTY ATTORNEY**
		*Attorney for the County Defendants*


		By:      /s/ Alissa Brennan_____
			Alissa M. Brennan, Deputy County Attorney
		307 County Office Building
		39 West Main Street
		Rochester, New York 14614
		Tel:  585-753-1433
		alissabrennan@monroecounty.gov




**IT IS SO ORDERED.**


		_____


Dated: