UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RHYNES,<br><br>                              Plaintiff,<br><br>        v.<br><br>THE CITY OF ROCHESTER, THE ROCHESTER CITY POLICE DEPARTMENT, THE MONROE COUNTY DISTRICT ATTORNEY, MONROE COUNTY, CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF LOUIS J. TROTTO (deceased), and CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF WILLIAM J. BARNES (deceased), and KYLE R. ANDREWS, NIAGARA COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF CHARLES R. SCHAEFER (deceased), and SHEILA G. JACKSON, AS EXECUTRIX OF THE ESTATE OF JULIAN P. JACKSON (deceased), and LEONARD BORIELLO, LOUIS J. ROTUNNO, LYNN R. PRESCOTT, GARY SEXTONE, DOUGLAS STODDART, MICHAEL GARNER, CHARLES SIRAGUSA, AND JOHN/JANE DOES NOS. 1 THROUGH 10, BEING UNKNOWN EMPLOYEES OF THE CITY OF ROCHESTER AND/OR MONROE COUNTY,<br><br>                              Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 6:25-cv-06174 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please add my appearance as notice and lead counsel in this case for defendants Monroe County District Attorney, Monroe County, Douglas Stoddart, and Michael Garner ("County Defendants").

I certify that I am admitted to practice in this Court.

**BRENDON S. FLEMING, ACTING MONROE COUNTY ATTORNEY**
*Attorney for County Defendants*

Dated: June 24, 2025         /s/ Alissa M. Brennan
**Alissa M. Brennan, Esq. of Counsel**
Deputy County Attorney
307 County Office Building
39 West Main Street, Rochester, New York 14614
Telephone: 585.753.1433
alissabrennan@monroecounty.gov

To:   All counsel of record, *by ECF*