**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RHYNES,<br><br>                              Plaintiff,<br>     v.<br><br>THE CITY OF ROCHESTER, THE ROCHESTER CITY POLICE DEPARTMENT, THE MONROE COUNTY DISTRICT ATTORNEY, MONROE COUNTY, CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF LOUIS J. TROTTO (deceased), and CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF WILLIAM J. BARNES (deceased), and KYLE R. ANDREWS, NIAGARA COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF CHARLES R. SCHAEFER (deceased), and SHEILA G. JACKSON, AS EXECUTRIX OF THE ESTATE OF JULIAN P. JACKSON (deceased), and LEONARD BORIELLO, LOUIS J. ROTUNNO, LYNN R. PRESCOTT, GARY SEXTONE, DOUGLAS STODDART, MICHAEL GARNER, CHARLES SIRAGUSA, AND JOHN/JANE DOES NOS. 1 THROUGH 10, BEING UNKNOWN EMPLOYEES OF THE CITY OF ROCHESTER AND/OR MONROE COUNTY,<br><br>                              Defendants. | **STIPULATION**<br><br>Case No. 6:25-cv-6174 (ECC/MJK) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for Plaintiff Michael Rhynes ("Plaintiff"), and defendants Monroe County District Attorney, Monroe County, Michael Garner, and Douglas Stoddart (collectively, the "County Defendants"), that the County Defendants shall have an extension of time to respond to the Complaint filed in this action. The County Defendants shall file a response to the Complaint no later than August 15, 2025.

Dated:  June 24, 2025         **EDELSTEIN & GROSSMAN**
                              *Attorneys for Plaintiff*


                              By:___/s/ Jonathan Edelstein_____
                                      Robert Grossman, Esq.
                                      Jonathan Edelstein, Esq.
                              501 Fifth Avenue, Suite 514
                              New York, NY 10017
                              Tel.: 212-871-0571
                              rgrossman0117@gmail.com
                              jonathan.edelstein.2@gmail.com

                              Pierre Sussman, Esq.
                              *Attorneys for Plaintiff*
                              320 Seventh Avenue, #255
                              Brooklyn, NY 11215
                              Tel: 347-987-4725
                              sussmanlawdesk@gmail.com


Dated:  June 24, 2025         **BRENDON S. FLEMING,**
                              **ACTING MONROE COUNTY ATTORNEY**
                              *Attorney for the County Defendants*


                              By:     /s/ Alissa Brennan_____
                                      Alissa M. Brennan, Deputy County Attorney
                              307 County Office Building
                              39 West Main Street
                              Rochester, New York 14614
                              Tel:  585-753-1433
                              alissabrennan@monroecounty.gov



**IT IS SO ORDERED.**


                              _____
                              Hon. Mitchell J. Katz
                              U.S. Magistrate Judge

Dated:   June 28, 2025