UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL RHYNES,

                                                 Plaintiff,            Case No. 25-cv-06174

    -vs-

THE CITY OF ROCHESTER, THE ROCHESTER CITY POLICE DEPARTMENT, THE MONROE COUNTY DISTRICT ATTORNEY, MONROE COUNTY, CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF LOUIS J. TROTTO (deceased), and CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF WILLIAM J. BARNES (deceased), and KYLE R. ANDREWS, NIAGARA COUNTY PUBLIC ADMINISTRATOR, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF CHARLES R. SCHAEFER (deceased), and SHEILA G. JACKSON, AS EXECUTRIX OF THE ESTATE OF JULIAN P. JACKSON (deceased), and LEONARD BORIELLO, LOUIS J. ROTUNNO, LYNN R. PRESCOTT, GARY SEXTONE, DOUGLAS STODDART, MICHAEL GARNER, CHARLES SIRAGUSA, AND JOHN/JANE DOE NOS. 1 THROUGH 10, BEING UNKNOWN EMPLOYEES OF THE CITY OF ROCHESTER AND/OR MONROE COUNTY,

                                             Defendants.

_____

## DECLARATION

      **MICHAEL ROTHENBERG**, pursuant to 28 USC § 1746, declares under penalty of perjury, as follows:

      1.      I am an attorney admitted to practice before the United States District Court for the Western District of New York.

      2.      I am an associate in the firm of Rothenberg Law, attorneys for defendant Charles Siragusa in this action.

- 2 -

3. I submit this declaration in support of defendant Siragusa's motion to dismiss plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

4. The basis for defendant Siragusa's motion is that defendant is entitled to absolute prosecutorial immunity.

5. The grounds in support of defendant Siragusa's motion are stated in greater detail in defendant's memorandum of law filed herewith.

**WHEREFORE,** defendant Charles Siragusa respectfully request the entry of an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiff's Complaint as against defendant Siragusa, and granting defendant such other and further relief as to the Court deems just, proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025.

*s/ Michael Rothenberg*
Michael Rothenberg, Esq.